**Entered on Docket**
**July 08, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed July 8, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                    No. 14-41491 WJL

Susan Carter,                            Chapter 13

        Debtor.
_____/

**MEMORANDUM REGARDING DEBTOR'S REQUEST TO CONTINUE MEETING OF CREDITORS**

    The Court received the above-captioned debtor's request that it continue the Meeting of Creditors scheduled for July 15, 2014 in the above-captioned chapter 13 bankruptcy case. The Court is not the proper recipient of such a request; matters relating to Meetings of Creditors fall within the discretion of the case trustee.

                      **END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Susan Carter |
| 3 | 3494 Camino Tassajara #416 |
| 4 | Danville, CA 94506 |
| 5 | |
| 6 | Martha G. Bronitsky |
| | P.O. Box 9077 |
| 7 | Pleasanton, CA 94566 |